# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA STUMPF,<br>    Plaintiff, | : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> No. 20-cv-5387 |
| v. | | |
| REGIONAL ACCEPTANCE<br>CORPORATION,<br>    Defendant. | | |

## ORDER

AND NOW, this 11th day of February, 2025, upon consideration of Defendant Regional Acceptance Corporation's Motion for Judgment on the Pleadings (ECF No. 65), for the reasons set out in the accompanied Memorandum, it is hereby **ORDERED** that said Motion is **GRANTED WITHOUT LEAVE TO AMEND**. The Clerk of Court **SHALL** mark this matter as **CLOSED**.

    **IT IS SO ORDERED**.

                                               BY THE COURT:

                                               /s/ John Milton Younge
                                               **Judge John Milton Younge**